Certificate Number: 14688-SC-DE-041436640

Bankruptcy Case Number: 26-01412

14688-SC-DE-041436640

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 10, 2026, at 9:24 o'clock PM EDT, Willie Turral completed a course on personal financial management given by internet by $10 Debtor Education, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of South Carolina.

Date: September 12, 2026

By: /s/Helen L. Cagle

Name: Helen L. Cagle

Title: Managing Director

Willie Addae Turral
114 Folly Road
St. Helena Island, SC 29920
willieturral@gmail.com

FILED
at 1 O'clock & 21 min. P M
OCT 13 2026
United States Bankruptcy Court
Columbia, South Carolina

October 6, 2026

Clerk of Court
United States Bankruptcy Court
District of South Carolina
1100 Laurel Street
Columbia, SC 29201-2423

**Re: In re Willie Addae Turral — Case No. 26-01412-eg, Chapter 7**
**Certificate of Debtor Education**

Dear Clerk of Court:

Enclosed is my Certificate of Debtor Education for filing in the above-referenced case, in response to the Court's October 1, 2026 Notice of Requirement to File Certification About a Financial Management Course.

The certificate confirms that I completed the personal financial management course through $10 Debtor Education, LLC on September 10, 2026. The certificate number is 14688-SC-DE-041436640.

Please file the enclosed certificate and enter it on the docket. If any additional information is needed, please contact me at the email address above.

Thank you for your assistance.

Respectfully submitted,

______________________________

Willie Addae Turral
Debtor, Pro Se

Enclosure: Certificate of Debtor Education

Willie Addae Turral
114 Folly Road
St. Helena Island, SC 29920

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL®

9589 0710 5270 2687 5619 32

UNITED STATES POSTAL SERVICE®

29201

RDC 99

FCM LETTER
SAINT HELENA ISLAND
SC 29920
OCT 08, 2026
$4.73
S2324P506046-15

USPS

RECEIVED
at 1 O'clock & 18 min. P M
OCT 13 2026
United States Bankruptcy Court
Columbia, South Carolina

ITEM X-RAYED
BY USMS
10/13/26

Clerk of Court
United States Bankruptcy Co
District of South Carolina
1100 Laurel Street
Columbia, SC 29201-2423

29201$2423 C003